UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

NORMAN KEMMERZELL
XXX-XX-8641
MARGIE A. KEMMERZELL
XXX-XX-4408

DEBTORS
_____/

CASE NO.: 05-33932-BKC-EPK
PROCEEDING UNDER CHAPTER 13

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

FEB 2 8 2011

FILED ✓  RECEIVED___

**NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK**

**P A I D**
134584

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $81.64 remaining in her bank account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above-named case. The Trustee has made a good-faith effort to verify the correct mailing address for said entitiies and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE,** the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk was mailed to the parties listed on the attached service list this 24th day of February, 2011.

_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

## SERVICE LIST

DEBTORS
NORMAN KEMMERZELL
MARGIE A. KEMMERZELL
15 BASIN STREET
LORIDA, FL 33857

ATTORNEY FOR DEBTORS
SEAN M. MURRAY, ESQUIRE
1147 SOUTH OCEAN DRIVE

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK**

<u>Attachment - Listing of Claimant</u>

Case Number:   05-33932-BKC-EPK

Creditor No.:  372291

Claimant:      OSI COLLECTION SERVICES INC
               P O BOX 947
               BROOKFIELD, WI 53008-0947